**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Bobby Scott, ) | No. CV-07-0294-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| State of Arizona, ) |  |
| Defendant. ) |  |

This matter arises upon the Court's review of the file. On March 26, 2007 a Minute Order was issued (docket #15) advising all parties have voluntarily consented to have the undersigned conduct all further proceedings in this case, including trial and entry of final judgment. On April 10, 2007 Defendant filed a Motion to Dismiss (docket #16) pursuant to Rule 12(b)(1 and 6), Federal Rules of Civil Procedure, for lack of jurisdiction and failure to state a claim upon which relief can be granted.

The Court will not hold a Rule 16 Scheduling Conference until such time as the Defendant's Motion to Dismiss is fully briefed and the Court has made a ruling on Defendant's dispositive motion.

Plaintiff is hereby advised of the following provisions of LRCiv 7.2(i), Rules of Practice of the United States District Court for the District of Arizona, effective December 1, 2006:

> If a motion does not conform in all substantial respects with the requirements of this Local Rule, or if the opposing party does not serve and file the required answering memoranda, or if counsel for any party

fails to appear at the time and place assigned for oral argument, such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily.

It is a *pro se* plaintiff's obligation, like any party, to timely respond to all motions. LRCiv. 7.2(c). The failure of Plaintiff to timely respond to Defendant's Motion to Dismiss may, in the discretion of the court and among other things, be deemed a consent to the granting of that motion without further notice, and judgment may be entered dismissing the complaint and lawsuit with prejudice pursuant to LRCiv 7.2(i). *Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994); *Ghazali v. Moran*, 46 F.3d 52 (9th Cir.1995). This means the case is over.

On the Court's own motion and in order to manage this case more efficiently, the Court will set a briefing schedule.

**IT IS ORDERED**:

1. That Plaintiff shall have until **May 14, 2007** within which to file a Response to Defendant's Motion to Dismiss.

2. **IT IS FURTHER ORDERED** that Defendant may file a reply within 15 days after service of Plaintiff's response.

3. That the Motion shall be deemed to be ready for decision without oral argument on the day following the date set for filing the Reply unless otherwise ordered by the Court.

DATED this 13th day of April, 2007.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -