**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bobby Scott, ) | No. CV-07-0294-PHX-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| State of Arizona, ) | |
| Defendant. ) | |

        This matter arises on Defendant State of Arizona's Motion to Dismiss, filed on April 10, 2007. (docket # 16) This dispositive Motion was filed before the Court conducted its screening required by 28 U.S.C. § 1915(e)(2)[1] because Plaintiff is proceeding *in forma pauperis*. *Denton v. Hernandez*, 504 U.S. 25, 27 (1992). All parties have heretofore expressly consented in writing to magistrate judge jurisdiction pursuant to 28 U.S.C. §636(c). (docket # 8 and # 14) All briefing has been filed and the dispositive motion is ready for ruling.

        Upon review of the substantive allegations of Plaintiff's Amended Complaint, the Court realizes for the first time that the liability of Defendant, if any, is predicated upon a

---

[1] Section 1915(e)(2) provides that the district court "shall dismiss a case at any time if it determines that . . . the action or appeal (i) is frivolous or malicious; (ii) fails to state a claim upon which relief may be granted; or (iii) seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)

1  claim of a conspiracy involving the "Superior Court Of Maricopa . . . with others to assume
2  unlawful jurisdiction . . . [w]ith pre-planed (sic) intent to cover up or hide the unlawful act's
3  done to [Plaintiff] by the City of Phoenix Police. " (docket # 10 at 1-2)

4  The undersigned has an irreconcilable conflict of interest on this case due to
5  the allegations against the Superior Court of Maricopa County. I hereby recuse from all
6  further matters in this case.

7  Accordingly,

8  **IT IS ORDERED** that this matter is hereby randomly reassigned to another
9  magistrate judge in the District of Arizona.

10  **IT IS FURTHER ORDERED** that this matter has been reassigned to the
11  Honorable Edward C. Voss. All future pleadings and documents filed in this case shall bear
12  the following complete case number:  **CV-07-0294-PHX-ECV**.

13  DATED this 11th day of May, 2007.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge